IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Jennifer Bryant

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Mississippi

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Mississippi

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Mississippi

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

7. District Court and Division in which venue would be proper absent direct filing:

Mississippi Southern District Court

8. Defendants (check Defendants against whom Complaint is made):
   - ☒ C.R. Bard Inc.
   - ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
   - ☒ Diversity of Citizenship
   - ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:
   
   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):
    - ☐ Recovery® Vena Cava Filter
    - ☒ G2® Vena Cava Filter
    - ☐ G2® Express Vena Cava Filter
    - ☐ G2®X Vena Cava Filter
    - ☐ Eclipse® Vena Cava Filter
    - ☐ Meridian® Vena Cava Filter
    - ☐ Denali® Vena Cava Filter
    - ☐ Other: _____

11. Date of Implantation as to each product:

    June 16, 2010

12. Counts in the Master Complaint brought by Plaintiff(s):
    - ☒ Count I:   Strict Products Liability – Manufacturing Defect

2

| | | | |
|---|---|---|---|
| ☒ | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| ☒ | Count III: | Strict Products Liability – Design Defect |
| ☒ | Count IV: | Negligence - Design |
| ☒ | Count V: | Negligence - Manufacture |
| ☒ | Count VI: | Negligence – Failure to Recall/Retrofit |
| ☒ | Count VII: | Negligence – Failure to Warn |
| ☒ | Count VIII: | Negligent Misrepresentation |
| ☒ | Count IX: | Negligence *Per Se* |
| ☒ | Count X: | Breach of Express Warranty |
| ☒ | Count XI: | Breach of Implied Warranty |
| ☒ | Count XII: | Fraudulent Misrepresentation |
| ☒ | Count XIII: | Fraudulent Concealment |
| ☒ | Count XIV: | Violations of Applicable Mississippi Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| ☒ | Punitive Damages |
| ☒ | Other(s): <u>All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact including for the following</u>: (please state the facts supporting this Count in the space immediately below) |

<u>On June 16, 2010, Ms. Bryant had a Bard G2 vena cava filter placed into her inferior vena cava. As a result, Ms. Bryant has suffered damages in an amount to be proven at trial.</u>

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 5th day of May, 2016.

**GALLAGHER & KENNEDY, P.A.**

By: */s/ Paul L. Stoller*
　　Robert W. Boatman
　　Mark S. O'Connor
　　Paul L. Stoller
　　Shannon L. Clark
　　C. Lincoln Combs
　　2575 East Camelback Road
　　Phoenix, Arizona  85016-9225

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

　　　　　　　　　　　　　　*/s/Deborah Yanazzo*